AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Ambassador Marc Ginsberg, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  5:21-cv-00425-EJD |
| Apple, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Apple Inc., erroneously sued as Apple, Inc.                                          .

Date:     03/02/2021

/s/ David R. Singer
*Attorney's signature*

David R. Singer (SBN 204699)
*Printed name and bar number*

Jenner & Block LLP
633 West 5th Street, Ste. 3600
Los Angeles, CA 90071
*Address*

dsinger@jenner.com
*E-mail address*

(213) 239-5100
*Telephone number*

(213) 239-5199
*FAX number*