AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Ambassador Marc Ginsberg, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:21-cv-00425-EJD |
| Apple, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Apple Inc., erroneously sued as Apple, Inc.                                                        .

Date:       03/02/2021                                        /s/ Kate T. Spelman
                                                              *Attorney's signature*

                                                        Kate T. Spelman (SBN 269109)
                                                        *Printed name and bar number*

                                                        Jenner & Block LLP
                                                        633 West 5th Street, Ste. 3600
                                                        Los Angeles, CA 90071
                                                        *Address*

                                                        kspelman@jenner.com
                                                        *E-mail address*

                                                        (213) 239-5100
                                                        *Telephone number*

                                                        (213) 239-5199
                                                        *FAX number*