**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*pro hac vice to be filed*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:         (202) 639-6000
Facsimile:    (202) 639-6066

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE, INC.<br><br>    Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-15)** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-15, the undersigned counsel of record for Defendant Apple Inc., erroneously sued as Apple, Inc. ("Apple"), certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 3, 2021

JENNER & BLOCK LLP

By: /s/ David R. Singer
　　　　　David R. Singer

Attorneys for Defendant
Apple Inc.