**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*pro hac vice to be filed*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:         (202) 639-6000
Facsimile:    (202) 639-6066

Attorneys for Defendant Apple Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>                         Plaintiffs,<br><br>     v.<br><br>APPLE, INC.<br><br>                         Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Marc Ginsberg and the Coalition for a Safer Web (collectively, "Plaintiffs"), and Defendant Apple Inc., erroneously sued as Apple, Inc. ("Apple"), stipulate as follows:

WHEREAS Plaintiffs filed their complaint on January 17, 2021, and served Apple on February 22, 2021;

WHEREAS Apple's current deadline to file a responsive pleading is March 15, 2021;

WHEREAS Plaintiffs and Apple have agreed that Apple shall have a 30-day extension of time, until April 14, 2021, to respond to the complaint;

WHEREAS the extension of time will not alter the date of any event or deadline already fixed by Court order;

THE PARTIES HEREBY STIPULATE, pursuant to Civil Local Rule 6-1(a), that Apple shall file a response to the complaint on or before April 14, 2021.

IT IS SO AGREED AND STIPULATED:

| Dated: March 3, 2021 | JENNER & BLOCK LLP |
|---|---|
| | By: /s/ David R. Singer |
| | David R. Singer |
| | Attorneys for Defendant Apple Inc. |
| Dated: March 3, 2021 | LENTO LAW GROUP P.C. |
| | By: /s/ Keith L. Altman |
| | Keith L. Altman |
| | 3000 Atrium Way, Suite #200 |
| | Mt. Laurel, New Jersey 08054 |
| | (516) 456-5885 |
| | kaltman@lentolawgroup.com |
| | Attorneys for Plaintiffs Ambassador Marc Ginsberg and Coalition for a Safer Web |

**ATTESTATION**

I, David R. Singer, am the ECF user whose ID and password are being used to file this Joint Stipulation to Continue Deadline to File Responsive Pleading. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Keith L. Altman.

Dated: March 3, 2021                                          JENNER & BLOCK LLP

                                                              By: /s/ David R. Singer
                                                                       David R. Singer

                                                              Attorneys for Defendant
                                                              Apple Inc.