**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:       (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*pro hac vice to be filed*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:       (202) 639-6000
Facsimile:   (202) 639-6066

Attorneys for Defendant Apple Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE, INC.<br><br>　　　　　　　　Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**DECLARATION OF DAVID R. SINGER IN SUPPORT OF JOINT STIPULATION [AND PROPOSED ORDER] TO STAY DISCOVERY AND CONTINUE CASE MANAGEMENT CONFERENCE** |

# DECLARATION OF DAVID R. SINGER

I, David R. Singer, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at Jenner & Block LLP, counsel to Defendants Apple Inc., erroneously sued as Apple, Inc. ("Apple"). Pursuant to Civil Local Rule 6-2, I submit this declaration in support of the parties' joint stipulation to stay discovery and continue the case management conference. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2. As explained in the Stipulation, Apple intends to file a motion to dismiss Plaintiffs' complaint in its entirety, obviating the need for discovery or any other proceedings in this case.

3. The parties have agreed to stay all discovery (including, but not limited to, disclosures under Rule 26) for 120 days as of the filing of this Stipulation with an option to extend by mutual agreement and to continue the case management conference—currently scheduled for April 22, 2021 at 10:00 a.m.—to 30 days after the Court rules on Apple's anticipated motion to dismiss, or such other date established by the Court.

4. While the parties intend to hold their Rule 26 meet and confer and submit their joint case management statement, Apple maintains that given the significant legal questions raised by Plaintiffs' theory of liability, the Court should stay discovery until the resolution of its motion to dismiss or until the scope of the claims is otherwise resolved.

5. On March 25, 2021, I emailed Plaintiffs' counsel, Keith Altman, stating Apple's position and asked Plaintiffs to "consider an initial stipulation to stay discovery for 120 days" and "tak[e] the CMC off calendar." On March 29, 2021, Plaintiffs' counsel agreed to jointly stipulate, responding, "I'm ok with that. Please write it up." A true and correct copy of this email exchange is attached as **Exhibit 1**.

///
///
///

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 1, 2021 in Los Angeles, California.

JENNER & BLOCK LLP

By: /s/ David R. Singer
David R. Singer

Attorneys for Defendant Apple Inc.