# EXHIBIT 1

Case 5:21-cv-00425-EJD   Document 15-2   Filed 04/01/21   Page 1 of 6

| | |
|---|---|
| **From:** | Keith Altman <kaltman@lawampmmt.com> |
| **Sent:** | Monday, March 29, 2021 5:15 PM |
| **To:** | Spelman, Kate T.; Singer, David R. |
| **Subject:** | RE: Ginsberg v. Apple |

**External Email – Exercise Caution**
I missed this email. Im ok with that. Please write it up.

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

---

**From:** Spelman, Kate T. <KSpelman@jenner.com>
**Sent:** Monday, March 29, 2021 7:13 PM
**To:** Singer, David R. <DSinger@jenner.com>; Keith Altman <kaltman@lawampmmt.com>
**Subject:** Re: Ginsberg v. Apple

Keith,

Following up on David's email from last week, can you please let us know your position on the proposed stipulation?

Thanks,
Kate

---

**From:** "Singer, David R." <DSinger@jenner.com>
**Date:** Thursday, March 25, 2021 at 11:38 AM
**To:** Keith Altman <kaltman@lawampmmt.com>
**Cc:** "Spelman, Kate T." <KSpelman@jenner.com>
**Subject:** Re: Ginsberg v. Apple

Keith,

It was nice speaking with you on Tuesday. Apple appreciates your willingness to cooperate and would like to avoid the expense of moving for a discovery stay. Since you will likely be amending the complaint, it seems like it will be several months until the scope of the pleadings are settled. For that reason, our client asks that you please consider an initial stipulation to stay discovery for 120 days (instead of 90) with an option to extend by mutual agreement. As discussed, the stipulation would also provide for the parties conducting their early meeting of counsel; submitting a case management report to the court; taking the CMC off calendar; and staying all other Rule 26 / initial disclosure obligations. Both sides would reserve the right to bring a motion for a longer stay.

If you are ok with this compromise, please let us know. We can put together a draft for your review.

Thanks,

David

1

**From:** Keith Altman <kaltman@lawampmmt.com>
**Date:** Tuesday, March 23, 2021 at 8:21 AM
**To:** David Singer <DSinger@jenner.com>, "Spelman, Kate T." <KSpelman@jenner.com>
**Subject:** RE: Ginsberg v. Apple

External Email – Exercise Caution
How about 4pm pacific?


Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Singer, David R. <DSinger@jenner.com>
**Sent:** Tuesday, March 23, 2021 11:19 AM
**To:** Spelman, Kate T. <KSpelman@jenner.com>; Keith Altman <kaltman@lawampmmt.com>
**Subject:** Re: Ginsberg v. Apple

Can we do 3pm or later? I just scheduled something for 11am… sorry!

**From:** "Spelman, Kate T." <KSpelman@jenner.com>
**Date:** Tuesday, March 23, 2021 at 8:16 AM
**To:** Keith Altman <kaltman@lawampmmt.com>
**Cc:** David Singer <DSinger@jenner.com>
**Subject:** Re: Ginsberg v. Apple

Keith,

Are you available today any time between 11am and 12pm pacific, or after 3pm pacific?

Thanks,
Kate

**From:** Keith Altman <kaltman@lawampmmt.com>
**Date:** Monday, March 22, 2021 at 3:14 PM
**To:** "Spelman, Kate T." <KSpelman@jenner.com>
**Cc:** "Singer, David R." <DSinger@jenner.com>
**Subject:** RE: Ginsberg v. Apple

External Email – Exercise Caution
Kate,

I came up with an emergency.  Can we reschedule for tomorrow or Wednesday?  What are your availabilities?

Keith

Keith Altman
The Law Office of Keith Altman

516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Spelman, Kate T. <KSpelman@jenner.com>
**Sent:** Sunday, March 21, 2021 2:03 PM
**To:** Keith Altman <kaltman@lawampmmt.com>
**Cc:** Singer, David R. <DSinger@jenner.com>
**Subject:** RE: Ginsberg v. Apple

Great, thanks.  We will call you then – what's the best number where we can reach you?

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Sunday, March 21, 2021 10:57 AM
**To:** Spelman, Kate T. <KSpelman@jenner.com>; Spelman, Kate T. <KSpelman@jenner.com>
**Cc:** Singer, David R. <DSinger@jenner.com>
**Subject:** RE: Ginsberg v. Apple


External Email – Exercise Caution

330 Pacific tomorrow should be fine

Sent from Yahoo Mail on Android

On Sun, Mar 21, 2021 at 1:45 PM, Spelman, Kate T. <KSpelman@jenner.com> wrote:

Hi Keith,


Thanks for letting us know, we will use this email address going forward.


Are you available for a call with us tomorrow (Monday) between 2 and 4pm pacific, or Tuesday between 9am and 12pm pacific?


Best,

Kate


**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Saturday, March 20, 2021 3:58 AM
**To:** Spelman, Kate T. <KSpelman@jenner.com>

3

**Cc:** Singer, David R. <DSinger@jenner.com>
**Subject:** RE: Ginsberg v. Apple

External Email – Exercise Caution

Kate and David,

I hope all is well.

Going forward, The Lento Law Group will not be involved in this matter.  Please make sure you direct any emails to me at kaltman@lawampmmt.com

Keith

**From:** Spelman, Kate T. <KSpelman@jenner.com>
**Sent:** Tuesday, March 2, 2021 12:03 PM
**To:** Keith Altman <kaltman@lentolawgroup.com>
**Cc:** Singer, David R. <DSinger@jenner.com>
**Subject:** RE: Ginsberg v. Apple

Keith,

It was nice speaking with you yesterday.  As discussed, attached is a stipulation to extend Apple's deadline to respond to the complaint by 30 days.  Please let us know if you have any comments, or if we have your approval to file.

Best,

Kate

**From:** Spelman, Kate T.
**Sent:** Monday, March 1, 2021 11:38 AM
**To:** 'kaltman@lentolawgroup.com' <kaltman@lentolawgroup.com>
**Cc:** Singer, David R. <DSinger@jenner.com>
**Subject:** Ginsberg v. Apple

Keith,

My colleague David Singer and I were just retained to represent Apple in the *Ginsberg v. Apple* litigation pending in the Northern District of California.  We understand that service was effectuated last week.  Can you please let us know if you have time for a short call today or tomorrow?

Best,

Kate

### Kate T. Spelman

**Jenner & Block LLP**
633 West 5th Street
Suite 3600, Los Angeles, CA 90071-2054  |  jenner.com
+1 213 239 2246 | TEL
KSpelman@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

5