**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:       (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*pro hac vice to be filed*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:       (202) 639-6000
Facsimile:   (202) 639-6066

Attorneys for Defendant Apple Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.<br><br>Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**JOINT STIPULATION [AND ~~PROPOSED~~ ORDER] TO STAY DISCOVERY AND CONTINUE CASE MANAGEMENT CONFERENCE** |

**JOINT STIPULATION**

Plaintiffs Marc Ginsberg and the Coalition for a Safer Web (collectively, "Plaintiffs"), and Defendant Apple Inc., erroneously sued as Apple, Inc. ("Apple"), jointly submit this Stipulation to temporarily stay discovery and to continue the case management conference:

WHEREAS, Plaintiffs filed their complaint on January 17, 2021;

WHEREAS, the initial case management conference is currently scheduled for April 22, 2021 at 10:00 a.m., with the joint case management statement due on April 15, 2021, and the Rule 26 meet and confer deadline on April 1, 2021;

WHEREAS, pursuant to stipulation of the parties (ECF 14), Apple's response to the complaint is due on April 14, 2021;

WHEREAS, Apple intends to file a motion to dismiss the complaint;

WHEREAS, Apple's motion to dismiss will seek to dismiss the complaint in its entirety, thereby obviating the need for discovery or any further proceedings in this case;

WHEREAS, the parties intend to hold their Rule 26 meet and confer and submit their joint case management statement, but agree that it will be most efficient, convenient, and economical for both the Court and the parties to stay discovery and continue the case management conference until the Court has ruled on Apple's motion to dismiss and the scope of the pleadings is settled;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, to the following:

1. All discovery (including, but not limited to, disclosures under Rule 26) shall be stayed for 120 days as of the filing of this Stipulation with an option to extend by mutual agreement.
2. The initial case management conference shall be continued to 30 days after the Court rules on Apple's motion to dismiss, or such other date established by the Court.
3. The parties reserve all of their rights and defenses, including the right to move for a longer stay and/or oppose such motion, and nothing in this Stipulation shall be construed as a waiver thereof.

IT IS SO AGREED AND STIPULATED:

Dated: April 1, 2021                          JENNER & BLOCK LLP

                                              By: /s/ David R. Singer
                                                      David R. Singer

                                              Attorneys for Defendant Apple Inc.

Dated: April 1, 2021                          LENTO LAW GROUP P.C.

                                              By: /s/ Keith L. Altman
                                                      Keith L. Altman
                                                      3000 Atrium Way, Suite #200
                                                      Mt. Laurel, New Jersey 08054
                                                      (516) 456-5885
                                                      kaltman@lentolawgroup.com

                                              Attorneys for Plaintiffs Ambassador Marc
                                              Ginsberg and Coalition for a Safer Web

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:    April 2   , 2021                    By: /s/
                                                      Hon. Edward J. Davila
                                                      United Stated District Judge

---

2

JOINT STIPULATION TO STAY DISCOVERY AND CONTINUE CASE MANAGEMENT CONFERENCE

## ATTESTATION

I, David R. Singer, am the ECF user whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Keith L. Altman.

Dated: April 1, 2021

JENNER & BLOCK LLP

By: /s/ David R. Singer
      David R. Singer

Attorneys for Defendant Apple Inc.