Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB<br><br>Plaintiff(s),<br><br>v.<br><br>APPLE, INC.<br><br>Defendant(s). | Case No: 5:21-cv-00425<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, TASSITY S. JOHNSON, an active member in good standing of the bar of DISTRICT OF COLUMBIA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: APPLE, INC. in the above-entitled action. My local co-counsel in this case is KATE T. SPELMAN, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1099 NEW YORK AVE, NW, SUITE 900<br>WASHINGTON, DC 20001 | 633 WEST 5TH STREET, SUITE 3600<br>LOS ANGELES, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 637-6303 | (213) 239-2246 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| TJOHNSON@JENNER.COM | KSPELMAN@JENNER.COM |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 436256.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 4/7/2021

/s/ Tassity S. Johnson
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tassity S. Johnson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/7/2021

UNITED STATES DISTRICT XXXXXXXXXX JUDGE