**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071-2054
Phone:      (213) 239-5100
Facsimile:  (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*pro hac vice to be filed*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:      (202) 639-6000
Facsimile:  (202) 639-6066

Attorneys for Defendant Apple Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>                    Plaintiffs,<br><br>    v.<br><br>APPLE, INC.<br><br>                    Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**DECLARATION OF KATE T. SPELMAN IN SUPPORT OF JOINT STIPULATION [AND PROPOSED ORDER] TO STAY DISCOVERY AND CONTINUE CASE MANAGEMENT CONFERENCE** |

## DECLARATION OF KATE T. SPELMAN

I, Kate T. Spelman, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at Jenner & Block LLP, counsel to Defendants Apple Inc., erroneously sued as Apple, Inc. ("Apple"). Pursuant to Civil Local Rule 6-2, I submit this declaration in support of the parties' joint stipulation to set the briefing schedule on Apple's motion to dismiss and extend the parties' stipulated stay on discovery. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2. As explained in the Stipulation, Apple filed its motion to dismiss on April 14, 2021 pursuant to a stipulation to extend Apple's time to file a responsive pleading (ECF 14). The hearing on the motion is currently scheduled for August 5, 2021.

3. The parties had previously stipulated to stay all discovery for 120 days as of the April 1 filing of the stipulation—i.e., until June 30, 2021—with an option to extend by mutual agreement (ECF 15). In that same stipulation, the parties also agreed to continue the case management conference to 30 days after the Court rules on Apple's motion to dismiss, or such other date established by the Court. The Court entered the stipulation on April 1 (ECF 16).

4. On April 22, 2021, Plaintiffs' counsel emailed me requesting an extension to file Plaintiffs' opposition to Apple's motion to dismiss until May 28, 2021 and agreeing to allow Apple to set the due date of its reply. That day, I agreed to the requested extension of Plaintiffs' deadline and set our reply date for June 25, 2021. I also requested that Plaintiffs agree to extend the stay on discovery, which is currently set to expire on July 30, 2021, for an additional 60 days. A true and correct copy of this email exchange is attached as **Exhibit 1**.

5. The parties agreed to both the briefing schedule and the extension of the discovery stay. Given overlapping deadlines on other matters, personal commitments on the part of the parties and their counsel, and the fact that the next available hearing date is not until August 2021, the parties believe that an extended briefing schedule is appropriate and will facilitate more meaningful briefing of the issues. Additionally, as explained in the first stipulation to stay discovery, Apple still maintains that given the significant legal questions raised by Plaintiffs' theory of liability, and the fact that Apple's pending motion

to dismiss may dispose of the entire case and obviate the need for discovery, the Court should stay discovery until the resolution of its motion to dismiss or until the scope of the claims is otherwise resolved.

6. The requested extensions will not affect any dates set by Court order.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 23, 2021 in Los Angeles, California.

JENNER & BLOCK LLP

By: /s/  Kate T. Spelman
      Kate T. Spelman

Attorneys for Defendant Apple Inc.