# EXHIBIT 1

Case 5:21-cv-00425-EJD   Document 21-2   Filed 04/23/21   Page 1 of 4

| | |
|---|---|
| **From:** | Keith Altman <kaltman@lawampmmt.com> |
| **Sent:** | Thursday, April 22, 2021 2:10 PM |
| **To:** | Spelman, Kate T. |
| **Cc:** | Singer, David R. |
| **Subject:** | RE: Ginsberg v. Apple:  Hearing date for MTD |

External Email – Exercise Caution
That would be great.  Thank you.

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Spelman, Kate T. <KSpelman@jenner.com>
**Sent:** Thursday, April 22, 2021 4:49 PM
**To:** Keith Altman <kaltman@lawampmmt.com>
**Cc:** Singer, David R. <DSinger@jenner.com>
**Subject:** RE: Ginsberg v. Apple: Hearing date for MTD

Keith,

We are amenable to a May 28 deadline for plaintiffs' opposition to Apple's motion to dismiss.  We can file our reply on June 25.  We would also request your agreement to an extra 60 days on the discovery stay, given that the motion to dismiss hearing is not scheduled until August 5 and the stay currently expires a few days before that.  We can draft a stipulation to this effect if you agree.

Best,
Kate

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Thursday, April 22, 2021 8:24 AM
**To:** Spelman, Kate T. <KSpelman@jenner.com>
**Cc:** Singer, David R. <DSinger@jenner.com>
**Subject:** RE: Ginsberg v. Apple: Hearing date for MTD

External Email – Exercise Caution
Kate and Dave,

Would you be opposed to an extension on the due date for the MTD?  I am just slammed until May 15.  Would you be willing to have the due date be May 28, 2021.  You can have as much time as you need on the reply.

Keith

Keith Altman
The Law Office of Keith Altman
516-456-5885

1

kaltman@lawampmmt.com
Licensed in California and Michigan

**From:** Spelman, Kate T. <KSpelman@jenner.com>
**Sent:** Wednesday, April 14, 2021 7:39 PM
**To:** Keith Altman <kaltman@lawampmmt.com>
**Cc:** Singer, David R. <DSinger@jenner.com>
**Subject:** RE: Ginsberg v. Apple: Hearing date for MTD

OK, thanks Keith.

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Wednesday, April 14, 2021 4:37 PM
**To:** Spelman, Kate T. <KSpelman@jenner.com>; Spelman, Kate T. <KSpelman@jenner.com>
**Cc:** Singer, David R. <DSinger@jenner.com>
**Subject:** Re: Ginsberg v. Apple: Hearing date for MTD

External Email – Exercise Caution

8/5 would be better

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in Michigan and California

On Wed, Apr 14, 2021 at 7:12 PM, Spelman, Kate T. <KSpelman@jenner.com> wrote:

Keith,

We intend to file a motion to dismiss the *Ginsberg* complaint.  The court has indicated that the next available hearing dates are 7/22 or 8/5/2021 at 9:00 a.m.  Can you please let us know if those dates work for you?

Thanks,
Kate

**Kate T. Spelman**

**Jenner & Block LLP**
633 West 5th Street
Suite 3600, Los Angeles, CA 90071-2054  |  jenner.com
+1 213 239 2246 | TEL
KSpelman@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized

2

use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.