**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:        (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*pro hac vice to be filed*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:        (202) 639-6000
Facsimile:    (202) 639-6066

Attorneys for Defendant Apple Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.<br><br>Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**JOINT STIPULATION [AND ~~PROPOSED~~ ORDER] TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS AND EXTEND STAY ON DISCOVERY** |

JOINT STIPULATION TO SET BRIEFING SCHEDULE AND EXTEND STAY

**JOINT STIPULATION**

Plaintiffs Marc Ginsberg and the Coalition for a Safer Web (collectively, "Plaintiffs"), and Defendant Apple Inc., erroneously sued as Apple, Inc. ("Apple"), jointly submit this Stipulation to set a briefing schedule on Apple's motion to dismiss and extend the parties' stipulated stay of discovery:

WHEREAS, Plaintiffs filed their complaint on January 17, 2021;

WHEREAS, pursuant to stipulation of the parties (ECF 14), Apple's response to the complaint was due on April 14, 2021;

WHEREAS, pursuant to stipulation of the parties (ECF 16), all discovery was stayed for 120 days from April 1, 2021 (until July 30, 2021), the initial case management conference was continued to 30 days after the Court rules on Apple's motion to dismiss, and the parties reserved their rights and defenses, including the right to move for a longer stay;

WHEREAS, Apple filed its motion to dismiss on April 14, 2021, with the hearing on the motion scheduled for August 5, 2021;

WHEREAS, the parties have agreed to extend Plaintiffs' deadline to file their opposition to Apple's motion to dismiss from April 28, 2021, to May 28, 2021, and to extend Apple's deadline to file its reply from May 5, 2021, to June 25, 2021;

WHEREAS, the parties submit that this briefing schedule is appropriate given overlapping deadlines on other matters, personal commitments on the part of the parties and their counsel, and the fact that the next available hearing date is not until August 2021;

WHEREAS, given the August 5, 2021 hearing date for Apple's motion to dismiss, and the possibility that Apple's motion may dispose of the complaint, the parties believe it will be most efficient, convenient, and economical for both the Court and the parties to stay discovery for an additional 60 days;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, to the following:

1. All discovery (including, but not limited to, disclosures under Rule 26) shall be stayed for an additional 60 day past July 30, 2021, with an option to further extend by mutual agreement;

2. Plaintiffs' opposition to Apple's motion to dismiss shall be due no later than May 28, 2021, and

Apple's reply shall be due on June 25, 2021; and

3. The parties reserve all of their rights and defenses, including the right to move for a longer stay and/or oppose such motion, and nothing in this Stipulation shall be construed as a waiver thereof.

IT IS SO AGREED AND STIPULATED:

Dated:  April 23,  2021                                Jenner & Block LLP

                                                       By: /s/  David R. Singer
                                                       David R. Singer

                                                       Attorneys for Defendant Apple Inc.

Dated:  April 23,  2021                                THE LAW OFFICE OF
                                                       KEITH ALTMAN

                                                       By: /s/  Keith L. Altman
                                                       Keith L. Altman
                                                       30474 Fox Club Dr.
                                                       Farmington Hills, MI 48331
                                                       (516) 456-5885
                                                       kaltman@lawampmmt.com

                                                       Attorneys for Plaintiffs Ambassador Marc
                                                       Ginsberg and Coalition for a Safer Web

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:      April 23     , 2021                        By: /s/
                                                       Hon. Edward J. Davila
                                                       United Stated District Judge

## ATTESTATION

I, David R. Singer, am the ECF user whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Keith L. Altman.

Dated: April 23, 2021

JENNER & BLOCK LLP

By: /s/ David R. Singer
      David R. Singer

Attorneys for Defendant Apple Inc.