**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:        (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*admitted pro hac vice*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:        (202) 639-6000
Facsimile:    (202) 639-6066

Attorneys for Defendant Apple Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.<br><br>Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

**JOINT STIPULATION**

Plaintiffs Marc Ginsberg and the Coalition for a Safer Web (collectively, "Plaintiffs"), and Defendant Apple Inc., erroneously sued as Apple, Inc. ("Apple"), jointly submit this Stipulation to extend Apple's deadline to respond to Plaintiffs' First Amended Complaint ("FAC"):

WHEREAS, Plaintiffs filed their complaint on January 17, 2021;

WHEREAS, pursuant to stipulation of the parties (ECF 14), Apple's response to the complaint was due on April 14, 2021;

WHEREAS, Apple filed its motion to dismiss on April 14, 2021, with the hearing on the motion scheduled for August 5, 2021;

WHEREAS, the Court granted the parties' stipulation to extend Plaintiffs' deadline to file their opposition to Apple's motion to dismiss from April 28, 2021, to May 28, 2021, and to extend Apple's deadline to file its reply from May 5, 2021, to June 25, 2021 (ECF 22);

WHEREAS, Plaintiffs filed their FAC on May 28, 2021, rather than filing an opposition to Apple's motion to dismiss (ECF 23);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Apple's deadline to respond to Plaintiffs' FAC is June 11, 2021;

WHEREAS, Apple's counsel reached out to Plaintiffs' counsel to request an extension of Apple's deadline to respond to the FAC, and Plaintiffs' counsel agreed to an extension of Apple's response deadline to June 25, 2021;

WHEREAS, the parties submit that this extension is appropriate to permit Apple adequate time to assess and respond to the amended complaint, and because of overlapping deadlines on other matters;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, to the following:

1. Apple's deadline to respond to Plaintiffs' FAC shall be extended from June 11, 2021, to June 25, 2021.

IT IS SO AGREED AND STIPULATED:

Dated: June 4, 2021                                    Jenner & Block LLP

                                                       By: /s/ David R. Singer
                                                       David R. Singer

                                                       Attorneys for Defendant Apple Inc.

Dated: June 4, 2021                                    THE LAW OFFICE OF
                                                       KEITH ALTMAN

                                                       By: /s/ Keith L. Altman
                                                       Keith L. Altman
                                                       30474 Fox Club Dr.
                                                       Farmington Hills, MI 48331
                                                       (516) 456-5885
                                                       kaltman@lawampmmt.com

                                                       Attorneys for Plaintiffs Ambassador Marc
                                                       Ginsberg and Coalition for a Safer Web

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____                                 By: /s/_____
                                                           Hon. Edward J. Davila
                                                           United Stated District Judge

## ATTESTATION

I, David R. Singer, am the ECF user whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Keith L. Altman.

Dated: June 4, 2021                                 JENNER & BLOCK LLP

                                                        By: /s/ David R. Singer
                                                             David R. Singer

Attorneys for Defendant Apple Inc.