**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:       (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*admitted pro hac vice*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:       (202) 639-6000
Facsimile:   (202) 639-6066

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.<br><br>Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**DECLARATION OF KATE T. SPELMAN IN SUPPORT OF JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT** |

# DECLARATION OF KATE T. SPELMAN

I, Kate T. Spelman, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at Jenner & Block LLP, counsel to Defendants Apple Inc., erroneously sued as Apple, Inc. ("Apple").  Pursuant to Civil Local Rule 6-2, I submit this declaration in support of the parties' Joint Stipulation to Extend Deadline to Respond to First Amended Complaint.  I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

2. As explained in the Stipulation, Apple filed its motion to dismiss the initial Complaint on April 14, 2021 pursuant to a stipulation to extend Apple's time to file a responsive pleading (ECF 14).  The Court also granted the parties' stipulation to extend Plaintiffs' deadline to file their opposition to Apple's motion to dismiss from April 28, 2021, to May 28, 2021, and to extend Apple's deadline to file its reply from May 5, 2021, to June 25, 2021 (ECF 22).

3. Rather than filing an opposition to Apple's motion to dismiss, Plaintiffs filed a First Amended Complaint ("FAC") on May 28, 2021 (ECF 23).

4. Apple's response to the FAC is currently due June 11, 2021 pursuant to Federal Rule of Civil Procedure 15(a)(3).

5. Apple requested that Plaintiffs agree to extend its deadline to respond to the FAC to June 25, 2021.  Plaintiffs agreed.

6. Given overlapping deadlines on other matters, and the need for additional time to assess the revised allegations in the FAC, Apple believes that an extension to file its response to the FAC is appropriate and will facilitate more meaningful briefing of the issues.

7. The requested extension will not affect any dates set by Court order.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 4, 2021 in Los Angeles, California.

JENNER & BLOCK LLP


By: /s/ Kate T. Spelman
      Kate T. Spelman

Attorneys for Defendant Apple Inc.