**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:       (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*admitted pro hac vice*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:       (202) 639-6000
Facsimile:   (202) 639-6066

Attorneys for Defendant Apple Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE, INC.<br><br>　　　　　　　　　Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND MOTION TO DISMISS DEADLINES AND DISCOVERY STAY** |

## JOINT STIPULATION

Plaintiffs Marc Ginsberg and the Coalition for a Safer Web (collectively, "Plaintiffs"), and Defendant Apple Inc., erroneously sued as Apple, Inc. ("Apple"), jointly submit this Stipulation to extend (1) the deadline for Plaintiffs' Opposition to Apple's Motion to Dismiss Plaintiffs' First Amended Complaint ("FAC"), (2) the deadline for Apple's Reply in support of its Motion to Dismiss; and (3) the discovery stay:

WHEREAS, Plaintiffs filed their complaint on January 17, 2021;

WHEREAS, pursuant to stipulation of the parties (ECF 14), Apple's response to the complaint was due on April 14, 2021;

WHEREAS, pursuant to stipulation of the parties (ECF 16), all discovery was stayed for 120 days from April 1, 2021 (until July 30, 2021), the initial case management conference was continued to 30 days after the Court ruled on Apple's motion to dismiss, and the parties reserved their rights and defenses, including the right to move for a longer stay;

WHEREAS, Apple filed its motion to dismiss on April 14, 2021, with the hearing on the motion scheduled for August 5, 2021;

WHEREAS, pursuant to stipulation (ECF 22), all discovery was stayed for an additional 60 days past July 30, 2021 (until September 28), Plaintiffs' deadline to file their opposition to Apple's motion to dismiss was extended from April 28, 2021, to May 28, 2021, and Apple's deadline to file its reply was extended from May 5, 2021, to June 25, 2021, and the parties reserved their rights and defenses, including the right to move for a longer stay;

WHEREAS, Plaintiffs filed their FAC on May 28, 2021, rather than filing an opposition to Apple's motion to dismiss (ECF 23);

WHEREAS, pursuant to stipulation (ECF 25), Apple's deadline to respond to Plaintiffs' FAC was extended from June 11, 2021, to June 25, 2021;

WHEREAS, Apple filed its Motion to Dimiss on June 25, 2021 (ECF 26), with the hearing on the motion scheduled for September 30, 2021;

WHEREAS, Plaintiffs' Opposition to Apple's Motion to Dismiss is currently due July 9, 2021;

WHEREAS, counsel for Plaintiffs has experienced a medical emergency and has requested a 21-day extension of Plaintiffs' deadline to file their Opposition to the Motion to Dismiss;

WHEREAS, given the extended Opposition deadline, Apple requires an extension of its Reply deadline due to previously-scheduled vacations of several team members in August;

WHEREAS, the parties have agreed to extend (1) Plaintiffs' deadline to file their Opposition to Apple's Motion to Dismiss to July 30, 2021, and (2) Apple's deadline to file its Reply to August 27, 2021;

WHEREAS, the extension of these deadlines will not impact the hearing date for the Motion to Dismiss;

WHEREAS, the parties believe it will be most efficient, convenient, and economical for both the Court and the parties to continue staying discovery until this Court has ruled on Apple's Motion to Dismiss, and have accordingly agreed to extend the discovery stay to November 30, 2021;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, to the following:

1. Plaintiffs' Opposition to Apple's Motion to Dismiss shall be due on July 30, 2021, and Apple's Reply in support of its Motion to Dismiss shall be due on August 27, 2021;

2. All discovery (including, but not limited to, disclosures under Rule 26) shall be stayed until November 30, 2021, with an option to further extend by mutual agreement;

3. The parties reserve all of their rights and defenses, including the right to move for a longer stay and/or oppose such motion, and nothing in this Stipulation shall be construed as a waiver thereof.

IT IS SO AGREED AND STIPULATED:

Dated: July 9, 2021                                          Jenner & Block LLP

                                                             By: /s/  David R. Singer
                                                             David R. Singer

                                          Attorneys for Defendant Apple Inc.

Dated: July 9, 2021                    THE LAW OFFICE OF
                                          KEITH ALTMAN

                                        By: /s/  Keith L. Altman
                                        Keith L. Altman
                                        30474 Fox Club Dr.
                                        Farmington Hills, MI 48331
                                        (516) 456-5885
                                        kaltman@lawampmmt.com

                                        Attorneys for Plaintiffs Ambassador Marc
                                        Ginsberg and Coalition for a Safer Web

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____                    By: /s/
                                            Hon. Edward J. Davila
                                            United Stated District Judge

## ATTESTATION

I, David R. Singer, am the ECF user whose ID and password are being used to file this Joint Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from signatory Keith L. Altman.

Dated: July 9, 2021

JENNER & BLOCK LLP

By: /s/ David R. Singer
      David R. Singer

Attorneys for Defendant Apple Inc.