**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:      (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*admitted pro hac vice*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:      (202) 639-6000
Facsimile:   (202) 639-6066

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.<br><br>Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**DECLARATION OF KATE T. SPELMAN IN SUPPORT OF JOINT STIPULATION [AND PROPOSED ORDER] TO EXTEND MOTION TO DISMISS DEADLINES AND DISCOVERY STAY** |

## DECLARATION OF KATE T. SPELMAN

I, Kate T. Spelman, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at Jenner & Block LLP, counsel to Defendants Apple Inc., erroneously sued as Apple, Inc. ("Apple"). Pursuant to Civil Local Rule 6-2, I submit this declaration in support of the parties' Joint Stipulation to Extend Motion to Dismiss Deadlines and Discovery Stay. I have personal knowledge of the facts set forth in this declaration, and I could and would testify competently thereto if called upon to do so.

**Motion to Dismiss Deadlines**

2. As explained in the Stipulation, Apple filed its motion to dismiss the initial Complaint on April 14, 2021 pursuant to a stipulation to extend Apple's time to file a responsive pleading (ECF 14). The Court also granted the parties' stipulation to extend Plaintiffs' deadline to file their opposition to Apple's motion to dismiss from April 28, 2021, to May 28, 2021, and to extend Apple's deadline to file its reply from May 5, 2021, to June 25, 2021 (ECF 22).

3. Rather than filing an opposition to Apple's motion to dismiss, Plaintiffs filed a First Amended Complaint ("FAC") on May 28, 2021 (ECF 23).

4. Pursuant to stipulation (ECF 25), Apple's deadline to respond to Plaintiffs' FAC was extended from June 11, 2021, to June 25, 2021.

5. Apple filed its Motion to Dismiss on June 25, 2021 (ECF 26), with the hearing on the motion scheduled for September 30, 2021.

6. Plaintiffs' Opposition to Apple's Motion to Dismiss is currently due today, July 9, 2021.

7. Counsel for Plaintiff notified me today that he had experienced a medical emergency and thus requested a 21-day extension of Plaintiffs' deadline to file their Opposition to the Motion to Dismiss.

8. Apple agreed to extend Plaintiffs' deadline to file their Opposition to the Motion to Dismiss to July 30, 2021, and requested that Apple's Reply be due on August 27, 2021 given previously-scheduled vacations of Apple in-house and outside counsel during that time period. Plaintiffs agreed.

**Discovery Stay**

9. The parties had previously stipulated to stay all discovery for 120 days as of the April 1 filing of the stipulation—i.e., until June 30, 2021—with an option to extend by mutual agreement (ECF 15). In that same stipulation, the parties also agreed to continue the case management conference to 30 days after the Court rules on Apple's motion to dismiss, or such other date established by the Court. The Court entered the stipulation on April 1 (ECF 16).

10. The parties then stipulated to stay discovery for an additional 60 days (until September 28, 2021) and again left open the option to extend by mutual agreement. ECF 21. The Court entered the stipulation on April 23, 2021. ECF 22.

11. As in the previous two stipulations, Apple still maintains that given the significant legal questions raised by Plaintiffs' theory of liability, and the fact that Apple's pending Motion to Dismiss may dispose of the entire case and obviate the need for discovery, the Court should stay discovery until the resolution of its Motion to Dismiss or until the scope of the claims is otherwise resolved.

12. The requested extensions will not affect any dates set by Court order.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 9, 2021 in Los Angeles, California.

JENNER & BLOCK LLP

By: /s/  Kate T. Spelman
      Kate T. Spelman

Attorneys for Defendant Apple Inc.