```
KEITH ALTMAN (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 WEST 12 MILE ROAD, SUITE 375
FARMINGTON HILLS, MI 48334
(516) 456-5885
KALTMAN@LAWAMPMMT.COM
ATTORNEYS FOR PLAINTIFFS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>             Plaintiffs,<br><br>      v.<br><br>APPLE INC.,<br><br>             Defendant. | CASE NO.:  5:21-cv-00425-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND MOTION TO DISMISS DEADLINES DUE TO ONGOING HEALTH EMERGENCY**<br><br>Judge Edward J. Davila |

## JOINT STIPULATION

Plaintiffs Marc Ginsberg and the Coalition for a Safer Web (collectively, "Plaintiffs"), and Defendant Apple Inc. ("Apple"), jointly submit this Joint Stipulation and [Proposed] Order to Extend Motion to Dismiss Deadlines Due to Ongoing Health Emergency. This Stipulation is to extend (1) the deadline for Plaintiffs' Opposition to Apple's Motion to Dismiss Plaintiffs' First Amended Complaint and (2) the deadline for Apple's Reply in Support of its Motion to Dismiss. This Stipulation is based upon Plaintiffs' Counsel Keith Altman's continued unavailability due to a personal health emergency:

WHEREAS, Plaintiffs filed their Complaint on January 17, 2021 (ECF 1);

WHEREAS, Apple filed a Motion to Dismiss the Complaint (ECF 20);

WHEREAS, in lieu of filing an Opposition to Apple's Motion to Dismiss the Complaint, Plaintiffs filed a First Amended Complaint on May 28, 2021 (ECF 23);

WHEREAS, Apple filed a Motion to Dismiss the First Amended Complaint on June 25, 2021 (ECF 26);

WHEREAS, on July 9, 2021, this Court ordered (1) Plaintiffs' deadline to file their Opposition to Apple's Motion to Dismiss the First Amended Complaint be moved to July 30, 2021, and (2) Apple's deadline to file its Reply be moved to August 27, 2021 (ECF 28);

WHEREAS, the parties have agreed to extend (1) Plaintiffs' deadline to file their Opposition to Apple's Motion to Dismiss the First Amended Complaint to August 20, 2021, and (2) Apple's deadline to file its Reply be moved to September 10, 2021.

WHEREAS, the parties submit that this additional emergency request for extension is appropriate as, since early July 2021, Mr. Altman has been experiencing an ongoing personal medical emergency making it impossible to meet the previously set deadline. (ECF 28).

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, to the following:

1. Plaintiffs' deadline to file their Opposition to Apple's Motion to Dismiss the First Amended Complaint be extended from July 30, 2021, to August 20, 2021.
2. Apple's deadline to file its Reply in Support of Apple's Motion to Dismiss the First Amended Complaint be extended from August 27, 2021, to September 10, 2021.
3. The parties reserve all related rights and defenses, and nothing in this Stipulation shall be construed as a waiver thereof.

///

///

///

Respectfully submitted,

Dated: July 30, 2021       THE LAW OFFICE OF KEITH ALTMAN

By:   */s/ Keith Altman*
     Keith Altman
     kaltman@lawampmmt.com

*Attorneys for Plaintiffs*
AMBASSADOR MARC GINSBERG and
COALITION FOR A SAFER WEB

Dated: July 30, 2021       JENNER & BLOCK LLP

By:   */s/ David R. Singer*
     David R. Singer
     dsinger@jenner.com

*Attorneys for Defendant*
APPLE INC.

### SIGNATURE ATTESTATION

I, Keith Altman, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing of this e-filed document.

By:   */s/ Keith Altman*
     Keith Altman

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____
     Honorable Edward J. Davila
     United States District Court Judge