```
Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (516) 456-5885
kaltman@lawampmmt.com
```

*Attorneys For Plaintiffs*
AMBASSADOR MARC GINSBERG
and COALITION FOR A SAFER WEB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>  Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>  Defendant. | CASE NO.: 5:21-cv-00425-EJD<br><br>**MOTION AND [PROPOSED] ORDER REQUESTING EMERGENCY CONTINUANCE**<br><br>Judge Edward J. Davila |

COMES NOW Plaintiff through the undersigned attorney and respectfully states:

1. The undersigned attorney is battling ongoing serious medical problems which recently required hospitalization.

2. It is uncertain at this time when the undersigned will be able to return to the law office.

3. In the meantime, the undersigned cannot attend conferences, hearings, and trials, and is presently unable to comply with discovery matters and other litigation deadlines.

    4.    The undersigned has notified the Plaintiff(s) in this matter of his request for delay due to medical emergency.

    WHEREFORE, Plaintiff respectfully requests from this Honorable Court a postponement of all conferences, hearings, and trial dates, as well as extend deadlines for discovery and all other pre-trial deadlines, due to just shown cause.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 6, 2021 | THE LAW OFFICE OF KEITH ALTMAN |
|  | By:  */s/ Keith Altman*<br>Keith Altman<br>kaltman@lawampmmt.com |
|  | *Attorneys for Plaintiffs*<br>AMBASSADOR MARC GINSBERG and<br>COALITION FOR A SAFER WEB |

### CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I served the foregoing document on all Defendants of record via electronic filing:

    By:  */s/ Keith Altman*
            Keith Altman

IT IS SO ORDERED.

Dated:

                                    Honorable Edward J. Davila
                                    United States District Court Judge