**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:      (213) 239-5100
Facsimile:   (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*admitted pro hac vice*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:      (202) 639-6000
Facsimile:   (202) 639-6066

Attorneys for Defendant Apple Inc.

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>                              Plaintiffs,<br><br>        v.<br><br>APPLE, INC.<br><br>                              Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**APPLE INC.'S RESPONSE TO PLAINTIFFS' MOTION REQUESTING EMERGENCY CONTINUANCE** |

1

2

3

4

5

       Defendant Apple Inc., erroneously sued as Apple, Inc. ("Apple"), does not oppose Plaintiffs' requested emergency continuance of all deadlines in this matter (ECF No. 31), and wishes Plaintiffs' counsel a speedy recovery.   In the event the Court grants Plaintiffs' requested continuance, Apple respectfully requests that the Court also extend the agreed-upon discovery stay, which currently expires on November 30, 2021 (ECF No. 28), until the Court issues a decision on Apple's pending motion to dismiss.

6

7

8   Dated:  August 13, 2021                      Jenner & Block LLP

9

10                                 By: /s/  David R. Singer
                                 David R. Singer

11                                 Attorneys for Defendant Apple Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPONSE TO PLAINTIFFS' MOTION REQUESTING EMERGENCY CONTINUANCE
CASE NO. 5:21-CV-00425-EJD