UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARC GINSBERG, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>            Defendant. | Case No.  5:21-cv-00425-EJD<br><br>**ORDER GRANTING MOTION REQUESTING CONTINUANCE**<br><br>Re: Dkt. No. 31 |

After reviewing Plaintiff and Plaintiff Counsel's motion requesting a continuance of all conferences, hearings, and trials dates, as well as Apple, Inc.'s ("Apple") response, the Court GRANTS the motion.

Pursuant to Plaintiff and Plaintiff Counsel's request, the Court hereby VACATES the hearing for Defendant Apple, Inc.'s motion to dismiss (Dkt. No. 26) set for September 30, 2021.

IT IS FURTHER ORDERED that all briefing deadlines associated with Apple's motion to dismiss are VACATED.

IT IS FURTHER ORDERED that Plaintiff and Plaintiff Counsel shall file a status report 30 days after the date of the Order informing the Court if a further continuance is needed.  At that time the Court will determine whether to extend the discovery stay, which is currently set to expire on November 30, 2021.

**IT IS SO ORDERED.**

Dated: August 19, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-00425-EJD
ORDER GRANTING MOTION REQUESTING CONTINUANCE
1