Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (516) 456-5885
keithaltman@kaltmanlaw.com
*Attorneys For Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | CASE NO.:  5:21-cv-00425-EJD<br><br>**PLAINTIFFS' STATUS REPORT**<br><br>Judge Edward J. Davila |

Plaintiffs Ambassador Marc Ginsberg and Coalition for a Safer Web, pursuant to the

August 19, 2021, Order of this Honorable Court (*See* Dkt. 33), by and through their

counsel Keith Altman, submit to this Status Report and state as follows:

1. The undersigned attorney continues to suffer from serious health problems that

   substantially impact his vision and ability to comply with litigation deadlines in

   the present case.

2. As a result of these serious health problems, the undersigned attorney has been

   unable to make significant progress towards Plaintiffs' litigation goals.

3. There are currently three pending cases on the Court of Appeals of the Ninth Circuit docket that have the potential to affect the substantive law involved in this case. These cases are *Taamneh v. Twitter, et al.*, No. 18-17192, *Gonzalez v. Twitter, et al.,* No. 18-16700, and *Clayborn v. Twitter, et al.*, No. 19-15043 (all appellate cases).

4. These Appellate cases are likely to require the Court of Appeals of the Ninth Circuit to interpret 47 U.S.C. § 230 in a manner that will bear on the substantive legal issues in this case.

5. Allowing this case to proceed before the Appellate cases are decided might cause the parties in this case to be subjected to contradictory and inconsistent judgements.

6. WHEREFORE, for the reasons stated above, Plaintiffs respectfully request this Court to grant a continuance to the current postponement of all conferences, hearings, and trial dates, as well as extend deadlines for discovery and all other pre-trial deadlines until after *Taamneh v. Twitter, et al.*, No. 18-17192, *Gonzalez v. Twitter, et al.,* No. 18-16700, and *Clayborn v. Twitter, et al.*, No. 19-15043 have been decided.

Dated: September 17, 2021            Respectfully submitted,


/s/ Keith Altman
Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (516) 456-5885
kaltman@lawampmmt.com
*Attorneys For Plaintiffs*

1

2

3

**<u>CERTIFICATE OF SERVICE</u>**

4

I hereby certify that on September 17, 2021, I served the foregoing document on all Defendants

5

of record via electronic filing:

6

By: ___*/s/ Keith Altman*_____

7

Keith Altman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28