**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Phone:         (213) 239-5100
Facsimile:    (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*admitted pro hac vice*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:         (202) 639-6000
Facsimile:    (202) 639-6066

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>                              Plaintiffs,<br><br>         v.<br><br>APPLE INC.<br><br>                              Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT, THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Los Angeles office of Jenner & Block LLP, which represents Defendant Apple Inc. in this action, has relocated to the following address:

Jenner & Block LLP

515 South Flower Street, Suite 3300

Los Angeles, CA 90071

Dated: September 29, 2021                                Jenner & Block LLP

By: /s/ David R. Singer
David R. Singer

Attorneys for Defendant Apple Inc.