1
2
3
4

Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys For Plaintiffs*

5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB, | CASE NO.: 5:21-cv-00425-EJD |
| Plaintiffs, | **PLAINTIFFS' STATUS REPORT** |
| v. | Judge Edward J. Davila |
| APPLE, INC., | |
| Defendant. | |

Plaintiffs Ambassador Marc Ginsberg and Coalition for a Safer Web, pursuant to the August 19, 2021, Order of this Honorable Court (ECF 33) and in follow up to their September 17, 2021, Status Report (ECF 34), by and through their counsel Keith Altman, submit this Status Report and state as follows:

1. Since Plaintiffs' September 17, 2021, Status Report (ECF 34), Keith Altman's health has substantially deteriorated. He is now blind. He is working closely with specialists so that accommodations can be put into place as quickly as possible. However, given the anticipated trial and error, it may take some time to get the appropriate and proper accommodations in place.

2. There are still three pending cases on the Court of Appeals of the Ninth Circuit docket that have the potential to affect the substantive law involved in this case. These cases are *Taamneh v. Twitter, et al.*, No. 18-17192, *Gonzalez v. Twitter, et al.,* No. 18-16700, and *Clayborn v. Twitter, et al.*, No. 19-15043 (all appellate cases). As previously expressed, these Appellate cases are likely to require the Court of Appeals of the Ninth Circuit to interpret 47 U.S.C. § 230 in a manner that will bear on the substantive legal issues in this case. It remains Plaintiffs' position that allowing this case to proceed before the appellate cases are decided might cause the parties in this case to be subjected to contradictory and inconsistent judgements.

3. WHEREFORE, given Keith Altman's current health condition and the pending appellate cases, Plaintiffs respectfully request this Court to grant a continuance to the current postponement of all conferences, hearings, and trial dates, as well as extend deadlines for discovery and all other pre-trial deadlines until after *Taamneh v. Twitter, et al.*, No. 18-17192, *Gonzalez v. Twitter, et al.,* No. 18-16700, and *Clayborn v. Twitter, et al.*, No. 19-15043 have been decided or March 31, 2022, should the appellate rulings be delivered beforehand.

Dated:  November 17, 2021           Respectfully submitted,

/s/ Keith Altman
Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys For Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, I served the foregoing document on all Defendants of record via electronic filing:

By: _/s/ Keith Altman_
Keith Altman