Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys For Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG and COALITION FOR A SAFER WEB,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | CASE NO.: 5:21-cv-00425-EJD<br><br>**PLAINTIFFS' STATUS REPORT**<br><br>Judge Edward J. Davila |

Plaintiffs Ambassador Marc Ginsberg and Coalition for a Safer Web, pursuant to the August 19, 2021, Order of this Honorable Court (ECF 33) and in follow up to their November 17, 2021, Status Report (ECF 37), by and through their counsel Keith Altman, submit this Status Report and state as follows:

1. As stated in Plaintiffs' November 17, 2021, Status Report (ECF 37), Keith Altman is blind. In December 2021, he was deemed

legally blind. He continues to work closely with vision specialists to get the appropriate and proper accommodations in place.

2. Since Plaintiffs' Status Report, and within the past month, Mandates have been issued in *Taamneh v. Twitter, et al.*, No. 18-17192, *Gonzalez v. Twitter, et al.*, No. 18-16700, and *Clayborn v. Twitter, et al.*, No. 19-15043.

3. In Plaintiffs' November 17, 2021, Status Report (ECF 37), Plaintiffs requested a stay in this case until *Taamneh v. Twitter, et al.*, No. 18-17192, *Gonzalez v. Twitter, et al.*, No. 18-16700, and *Clayborn v. Twitter, et al.*, No. 19-15043 had been decided or until March 31, 2022.

4. Plaintiffs find the Court's record related to this request unclear as to whether this stay was ordered. It is Plaintiffs' understanding that this case is currently stayed.

5. Plaintiffs now renew their request for a stay until March 31, 2022, to provide ample time to consider their next steps with regard to this case given the *Taamneh v. Twitter, et al.*, No. 18-17192, *Gonzalez v. Twitter, et al.*, No. 18-16700, and *Clayborn v. Twitter, et al.*, No. 19-15043 Mandates.

6. Plaintiffs further ask this Court to issue a new timeline for this case once the stay has been lifted.

**WHEREFORE**, Plaintiffs respectfully request this Court to grant a continuance to the current postponement of all conferences, hearings, and trial dates, as well as extend deadlines for discovery and all other pre-trial deadlines until March 31, 2022, and that the Court issue a new timeline for this case once the stay is lifted.

Dated:  February 16, 2022   Respectfully submitted,

Keith Altman (SBN 257309)
THE LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys For Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, I served the foregoing PLAINTIFFS' STATUS REPORT on all Defendants of record via electronic filing:

By: /s/ Keith Altman
Keith Altman, Esq