**JENNER & BLOCK LLP**
David R. Singer (Cal. Bar No. 204699)
dsinger@jenner.com
Kate T. Spelman (Cal. Bar No. 269109)
kspelman@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA  90071-2054
Phone:          (213) 239-5100
Facsimile:     (213) 239-5199

**JENNER & BLOCK LLP**
Tassity S. Johnson (*admitted pro hac vice*)
tjohnson@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Phone:          (202) 639-6000
Facsimile:     (202) 639-6066

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBASSADOR MARC GINSBERG AND THE COALITION FOR A SAFER WEB,<br><br>                              Plaintiffs,<br><br>     v.<br><br>APPLE INC.<br><br>                              Defendant. | Case No. 5:21-cv-00425-EJD<br><br>The Honorable Edward J. Davila<br><br>**DEFENDANT APPLE INC.'S RESPONSE TO PLAINTIFFS' STATUS REPORT** |

1  Defendant Apple Inc., erroneously sued as Apple, Inc. ("Apple"), filed a motion to dismiss Plaintiffs' complaint on June 25, 2021.  ECF No. 26.  That motion has now been pending for eight months. Plaintiffs have repeatedly requested continuances of all deadlines in this matter, including their deadline to oppose Apple's motion to dismiss, on the grounds that Plaintiffs' counsel has experienced serious health problems.  *See* ECF No. 31, 34, 37.  On February 16, 2022, Plaintiffs filed a status report seeking a continued stay of all pending deadlines until March 31, 2022, due to Plaintiffs' counsel's ongoing health problems and Plaintiffs' alleged need to consider the implications of the Ninth Circuit's January 3, 2022, decision to deny en banc review in three separate lawsuits involving different parties.  ECF No. 38.

Apple does not oppose Plaintiffs' request for a further reasonable continuance of all deadlines to March 31, 2022, due to Plaintiffs' counsel's health problems.  Apple objects, however, to Plaintiffs' request for additional time to consider the implications of the Ninth Circuit's decision that was issued almost two months ago (which, incidentally, affirmed the broad application of 47 U.S.C. Section 230 and dismissal of claims seeking to hold an interactive computer service liable for offensive content posted by third parties).  To the extent the Court grants a continued stay of all deadlines until March 31, 2022, Apple respectfully requests that the Court set a deadline shortly thereafter for Plaintiffs to file their response to Apple's motion to dismiss.

Dated:  February 21, 2022                                              Jenner & Block LLP

By: /s/  David R. Singer
David R. Singer

Attorneys for Defendant Apple Inc.